IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| C.H. Robinson Worldwide, Inc. | § | No. 7:25-cv-00337 RHH |
| | § | |
| Plaintiff, | § | |
| | § | NOTICE OF SERVICE OF |
| v. | § | PLAINTIFF'S APPLICATION FOR |
| | § | ENTRY OF DEFAULT JUDGMENT |
| Victor Rodriguez Law Firm, PLLC and | § | |
| Victor Rodriguez, Jr. | § | |
| | § | |
| Defendants. | § | |

To the Clerk of the United States District Court for the Southern District of Texas, McAllen Division:

Plaintiff C.H. Robinson Worldwide, Inc. ("Plaintiff") hereby files this notice of service of Plaintiff's Application for Entry of Default Judgment (Doc. 15), Declaration of Chris Ugarte in Support of Plaintiff's Application for Entry of Default Judgment Against Defendants (Doc. 13-1), Declaration of Zane Aubert in Support of Plaintiff's Application for Entry of Default Against Defendants (Doc. 15-1), and Declaration of Zane Aubert in Support of Plaintiff's Application for Entry of Default Against Defendants (Doc. 11-1). On March 13, 2026, Defendant Victor Rodriguez, Jr. was served the above-listed documents in person at the Hidalgo County Courthouse located at 100 North Closner Boulevard, Edinburg, Texas 78539. (*See*

Ex. 1.) Defendant Victor Rodriguez, Jr. is also the registered agent for Defendant Victor Rodriguez Law Firm, PLLC.[1] Accordingly, both Defendants have been served with these documents consistent with Plaintiff's representations in its Application for Entry of Default Judgment. (Doc. 15.)

Dated: April 2, 2026

LARSON • KING
A LIMITED LIABILITY PARTNERSHIP

s/ *Zane P. Aubert*

Zane P. Aubert, Bar # 24109600
Attorney in Charge
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, MN  55101
T: 651-312-6500 | F: 651-312-6618
zaubert@larsonking.com

*Attorneys for Plaintiff C.H. Robinson Worldwide, Inc.*

---

[1] *See* https://comptroller.texas.gov/taxes/franchise/account-status/search/32066060487

AFFIDAVIT

Civil Action No.: 7:25-CV-00337 RHH

I received Plaintiff's Application for Entry of Default Judgment, Declaration of Chris Ugarte In Support of Plaintiff's Application for Entry of Default Judgment Against Defendants, Declaration of Zane Aubert In Support of Plaintiff's Application for Entry of Default Judgment Against Defendants dated March 2, 2026, and Declaration of Zane Aubert In Support of Plaintiff's Application for Entry of Default Judgment Against Defendants dated September 30, 2025 in this matter on <u>March 13, 2026</u> at <u>1:00 p.m.</u>

I delivered same to the named individual as follows: by delivering to <u>Victor Rodriguez, Jr.,</u> in person on <u>March 17, 2026</u> at 1:16 p.m. at 100 N. Closner Blvd. in Edinburg, TX 78539.

I am over the age of 18, have no interest in the above action and am a certified Process Server by the Supreme Court of Texas and a Process Server in good standing in the Judicial District and County Courts in which this process was served. I declare that this information is true and correct to the best of my knowledge.

Date: <u>March 18, 2026</u>

_____
Server's Signature      PSC3155
Exp. 9-30-2027

_Oscar Ortega_
_____
Printed Name

Subscribed and sworn to before me on
18 March 2026 by the affiant who is
Personally known to me.

_____
NOTARY PUBLIC

MARIA DEL ROSARIO LUERA
Notary Public, State of Texas
Comm. Expires 04-03-2029
Notary ID 2910684

# EXHIBIT 1